Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number 6:18-po-00212-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS CITATION AND AUTHORIZE REFUND OF COLLATERAL PAID; AND ORDER THEREON** |
| THOMAS E. HERMANN, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice, and further requests the Court authorize a refund of the total collateral amount paid on the citation, $880.00. The Government was provided with information it believes verifies the Defendant was not the driver of the vehicle at the time of the citation. The Defendant is the owner of the vehicle, which he rents to other persons through a third party rental agency. On the date the citation was issued, the vehicle was rented out through the agency. Based on this information, the Government request the court authorize a refund of the fine and dismiss the citation.

    Dated: January 9, 2020                /S/ Susan St. Vincent_____
                                                         Susan St. Vincent
                                                         Legal Officer
                                                         Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, we hereby order that the above-referenced matter, *United States v. Hermann*, 6:18-po-00212-JDP, be dismissed, without prejudice, in the interest of justice. Further, we authorize a refund of the collateral paid in the amount of $880.00.

IT IS SO ORDERED.

Dated:   January 13, 2020                              _____
                                                       UNITED STATES MAGISTRATE JUDGE